# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) CASE NO. 19 B 34818 |
| | ) |
| Patricia A. Breckenridge, | ) HEARING DATE: 02/03/2020 |
| Debtors. | ) TIME: 10:30 a.m. |

### Notice of Motion

TO:  Patricia A. Breckenridge, 1418 E. Hyde Park Blvd., Apt. 204, Chicago, IL 60615

Tom Vaughn, 55 E. Monroe, #3850, Chicago, IL 60603 *served electronically*
Patrick Layng, US Trustee, 219 S. Dearborn, Chicago, IL 60604, *served electronically*
See Service List

Please take notice that on the **3rd** day of **February, 2020**, at **10:30am** o'clock a.m., or soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Cox** presiding in courtroom **680** in the United States Courthouse, at 219 S. Dearborn, Chicago, Illinois, or before such other Judge in Bankruptcy as may be presiding in her place and stead.

I shall them and there present a **MOTION FOR ATTORNEY'S APPLICATION FOR COMPENSATION FOR REPRESENTING CHAPTER 13 DEBTOR**, a copy of which is hereto attached, and move for the relief therein prayed, and at which time and place you may appear if you so see fit.

### PROOF OF SERVICE

STATE OF ILLINOIS )
COUNTY OF C O O K )

**VERONICA D. JOYNER**, an attorney, hereby certify that I served the above and foregoing notice upon the named respondents, by placing a true copy thereof and of petition in envelopes addressed to them at the shown, with postage prepaid, and placing the same in the U.S. Mails 120 South State Street, Chicago, Illinois this    **12th**    day of **December, 2019**.

/s/ Veronica D. Joyner, Esq.

Joyner Law Office
120 South State Street
Suite 200
Chicago, IL 60603
(312) 332-9001

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-34818<br>Northern District of Illinois<br>Eastern Division<br>Thu Dec 12 15:33:51 CST 2019 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AARP<br>Cardmember Service<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 |
| AARP Medicare RX Preferred<br>P.O. Box 5840<br>Carol Stream, IL 60197-5840 | Americash Loan, LLC<br>3200 W. 159th St.<br>Markham, IL 60428-4056 | Americredit<br>P.O. Box 183123<br>Arlington, TX 76096-3123 |
| Arnold Scott Harris<br>Attorneys at Law<br>222 Merchandise Mart Plaza, Ste. 19<br>Chicago, IL 60654-1103 | Caroline Smith & Associates P.C.<br>77 W. Washington<br>Chicago, IL 60602-3258 | City of Chicago<br>Department of Finance<br>P.O. Box 88292<br>Chicago, IL 60680-1292 |
| City of Chicago Chauffeurs License<br>121 N. LaSalle Street<br>Chicago, IL 60602-1202 | ComCast Cable<br>P.O. Box 3002<br>Southeastern, PA 19398-3002 | ComEd<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 |
| Credit One Bank<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 | Credit Union 1<br>450 E. 22nd St.<br>Lombard, IL 60148-6176 | Geico Casualty Company<br>Payment Processing Center - 27<br>P.O. Box 55126<br>Boston, MA 02205-5126 |
| (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | Illinois Student Assistance<br>1755 Lake Cook Rd #K6<br>Deerfield, IL 60015-5209 | Illinois Tollway<br>P.O. Box 5544<br>Chicago, IL 60680-5491 |
| Internal Revenue Service<br>230 S. Dearborn, Rm 2600, M/S 5014C<br>Chicago, IL 60604-1705 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Linebarge Goggan Blair & Sampson<br>P.O. Box 3856<br>Urbandale, IA 50323-0856 | McKey & Poague Real Estate Services<br>1348 E. 55th Street<br>Chicago, IL 60615-5381 | (p)NISSAN MOTOR ACCEPTANCE CORPORATION<br>LOSS RECOVERY<br>PO BOX 660366<br>DALLAS TX 75266-0366 |
| Peoples Energy<br>130 E. Randolph Rd.<br>Chicago, IL 60601-6207 | Progressive Insurance<br>6300 Wilson Mills Road<br>Cleveland, OH 44143-2182 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| U.S. Department of Education<br>P.O. Box 530260<br>Atlanta, GA 30353-0260 | Patricia A. Breckenridge<br>1418 E. Hyde Park Blvd.<br>Apt. 204<br>Chicago, IL 60615-3051 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5764

Veronica D Joyner
Joyner Law Office
120 South State Street
Suite 200
Chicago, IL 60603-5518

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Illinois Department of Revenue
100 W. Randolph
Chicago, IL 60664

(d)Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664

(d)Illinois Department of Revenue
P.O. BOX 64338
Chicago, IL 60664

(d)Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794

Internal Revenue Service
Centralized Insolvency Opertions
P.O. Box 21126, Stop N781
Philadelphia, PA 19101

(d)Internal Revenue Service
SK-09 Kansas City Service Center
Kansas City, MO 64999

Nissan Motor Acceptance
8900 Freeport Pkwy
Irving, TX 75063

T-Mobile
P.O. Box 742596
Cincinnati, OH 45274

End of Label Matrix
Mailable recipients    31
Bypassed recipients     0
Total                  31

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Patricia A. Breckenridge,<br><br><br><br>Debtor(s) | ) ) ) ) ) ) ) ) | BK No.: 19-34818<br><br>Chapter: 13<br><br>Honorable Jacqueline Cox |

## ATTORNEY'S APPLICATION FOR CHAPTER 13 COMPENSATION UNDER THE COURT-APPROVED RETENTION AGREEMENT
(Use for cases filed on or after April 20, 2015)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) and the **Court-Approved Retention Agreement** executed by the debtor(s) and the attorney, for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**

The attorney and the debtor(s) have entered into the Court-Approved Retention Agreement.

**Attorney Certification:**

The attorney hereby certifies that:

1. All disclosures required by General Order No. 11-2 have been made.

2. The attorney and the debtor(s) have either:

   (i) not entered into any other agreements that provide for the attorney to receive:

   a. any kind of compensation, reimbursement, or other payment, or

   b. any form of, or security for, compensation, reimbursement, or other payment that varies from the Court-Approved Retention Agreement; or

   (ii) have specifically discussed and understand that:

   a. the Bankruptcy Code may require a debtor's attorney to provide the debtor with certain documents and agreements at the start of the representation;

   b. the terms of the Court-Approved Retention Agreement take the place of any conflicting provision in an earlier agreement;

   c. the Court-Approved Retention Agreement cannot be modified in any way by other agreements; and

   d. any provision of another agreement between the debtor and the attorney that conflicts with the Court-Approved Retention Agreement is void.

**Compensation sought for services in this case pursuant to the Court-Approved Retention Agreement:**

$ 4,000.00 flat fee for services through case closing

**Reimbursement sought for expenses in this case:**

$     0   for filing fee paid by the attorney with the attorney's funds

$     0   for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds (itemization must be attached)

$     0   Total reimbursement requested for expenses.

**Funds previously paid to the attorney by or on behalf of the debtor(s) in the year before filing this case and not reflected in or related to the Court-Approved Retention Agreement:**

☐ None

A total of $   290.00

Date of Application: 12/ 12 /2019      Attorney Signature   Veronica D. Joyner

Rev: 20170105          Local Bankruptcy Form 23-1