## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re Patricia A. Breckenridge, | ) | Bankr. 19-34818 |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | |
| | ) | Honorable Jacqueline P. Cox |

### Order Denying Motion to Impose Automatic Stay (Docket 15)

IT IS HEREBY ORDERED that the motion to impose automatic stay (docket 15) is denied.

The duration of the debtor's most recent previous case (19-16327) was six months and according to the Chapter 13 trustee the debtor made only one payment in that time period.

Dated: December 18, 2019          ENTER: J. P. Cox

_Jacqueline P. Cox_

Honorable Jacqueline P. Cox
United States Bankruptcy Judge