**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**  MB34818

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUL 2 2 2020
JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

Patricia Breckenridge, Debtor

Vacate Order to Award Attorney Fees
Award Hardship Discharge to Debtor
[caption]

**NOTICE OF MOTION**  Full Compensation for
Vehicle loss.
Return payments

TO:  See attached list

PLEASE TAKE NOTICE that on August 3 —, 2020 at 9:00 (a.m./p.m., I will
appear before the Honorable Judge Jacqueline Cox, or any judge sitting in that judge's place,
and present the motion of Vacate Order to Award Attorney Fees _____ [to/ for]
under Bankruptcy Rule 9024/Section 1328(b) on a copy of which is attached.
Full Compensation for vehicle loss.     1328(b) and Return payments

**This motion will be presented and heard telephonically.** No personal appearance in
court is necessary or permitted. To appear and be heard telephonically on the motion, you must
set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-
Solutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must
file a Notice of Objection no later than two (2) business days before that date. If a Notice of
Objection is timely filed, the motion will be called on the presentment date. If no Notice of
Objection is timely filed, the court may grant the motion in advance without a hearing.

[Name of movant]
By: Patricia Breckenridge Patricia Breckenridge
1418 E Hyde Park Blvd Chgo IL 60615
[Name, address, telephone number] (773) 332-2521
and email address of counsel] patriciabreckenridge@
yahoo.com

**CERTIFICATE OF SERVICE**

I, Patricia Breckenridge, Pro Se certify [if an attorney]/declare under penalty of perjury under
the laws of the United States of America [if a non-attorney] that I served a copy of this notice
and the attached motion on each entity shown on the attached list at the address shown and by
the method indicated on the list on July 22, _____, 2020, at 10:00 a.m./p.m.

Certified Mailing List/Return Receipt
Certificates of Service 7/22/20

Attorney V.D Joyner
120 S. State St. #200
Chicago, IL 60603
1 (312) 332 - 9001

Attorney Ross Bartolotta
330 N. Wabash Ave. #3300
Chicago, IL 60611
1 (630) 799 - 6900 #6951
1 (866) 730 - 7802

Attorney Steve Miljus
Debt Stoppers Case #19 16827
The Semrad Law Firm LLC
20 S. Clark St. 28th Flr.
Chicago, IL 60603
1 (312) 256 - 8736

Attorney Mark Wheeler
Senior Staff Attorney
Tom Vaughn, Trustee
55 East Monroe Street, Suite 3850
Chgo IL 60603   mwheeler@tvch13.net
1 (312) 542 - 0112

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:

Vacate Order to
Award Attorney
Fees

Patricia Breckenridge, , Debtor(s)
19 B 34818
Award hardship discharge
Full compensation for
vehicle loss.
Return payments

Case No.: 19 B 34818

Judge: Jacqueline P. Cox

Chapter: 13

**F I L E D**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

**JUL 2 2 2020**

JEFFREY P. ALLSTEADT, CLERK
**INTAKE 2**

**MOTION TO**

Now comes Patricia Breckenridge Creditor/Debtor, Pro Se, and moves this
Honorable Court for, and in support thereof, respectfully represents as follows:

1. On 12/10/2019 Debtor filed a petition for relief under Chapter 13 of
the Bankruptcy Code.

2. On 7/2/2020 the Court entered an Order Granting Application for Compensation.

3. This Order should not have been entered.
because: I'm requesting a hardship discharge under section 1326(b) of the US Bankruptcy Codes

a) Debtor is financially unable to pay elaborate $4,000 attorney fees as debtor's fares are decreased as a Yellow Taxi Cab Driver and Covid-19 orders.

b) Debtor did not sign agreement to pay Atty $4000. a fter or before dismissal, no confirmation, and negligence

c) Attorneys Joyner, Miljus, and Bectolotta circumvented law (225 ILCS B-14 after debtor paid 30% of contract that allowed Breach of Peace. as Debtor was mailed and delivered repossession more than 3 days after repossession and O day 5 vehicle letter.

d) Atty Miljus negligently did not submit $500 Continuance Payment to Judge Cox/Trustee 11/18/20 causing repossession, loss of automatic stay and auction.

e) All three attorneys refused to litigate Affidavit of Defense.

f) Atty Joyner said 2015 Nissan Rogue would be released if I found employer with automatic payroll deduction, but auctioned.

9. Atty Mark Wheeler said my payments would be returned after dismissal, but instead an order was entered to award discharge attorney fees. (see attachment) Wherefore, Debtor prays Order Interlocutory 6/24/20 vacated.

*Pro Se*

WHEREFORE, Debtor, ~~Creditor~~ prays that the Court:

1) Vacate order to award $4,000 attorney fees.
2) Order disharge for financial hardship.
3) Full compensation for loss of vehicle.

Respectfully submitted,

*Peter Breckenridge*   Patricia Breckenridge

~~Creditor~~/Debtor, Pro Se

19B34818

4) Return payments

🔒 **law.cornell.edu**



Cornell Law School     Search Cornell

LII              

# Rule 9024. Relief from Judgment or Order

Rule 60 F.R.Civ.P. applies in cases under the Code except that (1) a motion to reopen a case under the Code or for the reconsideration of an order allowing or disallowing a claim against the estate entered without a contest is not subject to the one year limitation prescribed in Rule

∧  (c), (2) a complaint to



Cornell Law School   Search Cornell

LII      

entered without a contest is not subject to the one year limitation prescribed in Rule 60(c), (2) a complaint to revoke a discharge in a chapter 7 liquidation case may be filed only within the time allowed by §727(e) of the Code, and (3) a complaint to revoke an order confirming a plan may be filed only within the time allowed by §1144, §1230, or §1330. In some circumstances, Rule 8008 governs post-judgment motion practice after an appeal has been docketed

d is pending.

8:05

🔒 borowitzclark.com

# Qualifying for a Chapter 13 Hardship Discharge

Under Section 1328(b) of the U.S. Bankruptcy Code, a discharge may be granted to a Chapter 13 debtor who has not completed the plan if and only if:

1. **The debtor's failure to complete payments under the plan is attributable to "circumstances for which the debtor should not justly be held accountable"**

So, for example, a debtor who rendered unable to work by serious and ongoing medical



**the plan is attributable to "circumstances for which the debtor should not justly be held accountable"**

So, for example, a debtor who is rendered unable to work by a serious and ongoing medical condition would typically satisfy his requirement. But, if the debtor voluntarily quit his job to start a business that won't generate significant revenues for a long time (if ever) or was fired for cause, the court would likely determine that the debtor could justly be held accountable for his failure to make plan payments, and so would likely deny a discharge.

2. **Each unsecured creditor with an allowed claim has**

3:36









Accounts    Dashboard    Products

## Hello, Patricia ⟩

## My Rewards ⟩

## Bank of America

Adv Plus Banking - 7186

### $27.11    VIEW

### OPEN NEW ACCOUNT



Easily make and schedule payments with Bill Pay

Check it out

APPOINTMENT

# Let's meet

We'll connect you with a specialist at a time that works for you.




Accounts


Transfer | Zelle®


Bill Pay


Deposit Checks


Menu

# Transit Administration Center

3351 W. ADDISON CHICAGO IL. 60618 (773) 463-7072

## DRIVER STATEMENT OF ACCOUNT

**PATRICIA A BRECKENRIDGE** **104779**

**Trans. ID: 5892073** **7/21/2020 9:26:20 AM**

| Category | Amount |
|---|---|
| **CREDIT** | |
| CREDIT CARD | 91.18 |
| | **91.18** |
| **PAYMENT** | |
| PAYMENT - CASH | 91.18 |
| | **91.18** |

**Bond Bal   225.00** **Save Bal**

**Signature:** _____

# Transit Administration Center

3351 W. ADDISON CHICAGO IL. 60618 (773) 463-7072

## DRIVER STATEMENT OF ACCOUNT

**PATRICIA A BRECKENRIDGE**                                                                        **104779**

**Trans. ID: 5891085**                                                              7/13/2020 9:03:38 AM

| Category | Amount |
|---|---|
| **CREDIT** | |
| CREDIT CARD | 50.97 |
| | **50.97** |
| **PAYMENT** | |
| PAYMENT - CASH | 50.97 |
| | **50.97** |

**Bond Bal**   225.00                                    **Save Bal**

**Signature:** _____

## Transit Administration Center
### 3351 W. ADDISON CHICAGO IL. 60618 (773) 463-7072
## DRIVER STATEMENT OF ACCOUNT

**PATRICIA A BRECKENRIDGE**                                    **104779**

**Trans. ID: 5890786**                                    **7/9/2020 3:15:28 PM**

|  | **Category** | **Amount** |
|---|---|---|
| **CREDIT** | | |
| | CREDIT CARD | 49.52 |
| | | **49.52** |
| **PAYMENT** | | |
| | PAYMENT - CASH | 49.52 |
| | | **49.52** |

**Bond Bal**   **225.00**                          **Save Bal**

**Signature:** _____

# Transit Administration Center

3351 W. ADDISON CHICAGO IL. 60618 (773) 463-7072

## DRIVER STATEMENT OF ACCOUNT

**PATRICIA A BRECKENRIDGE**                                                                **104779**

**Trans. ID: 5891912**                                                **7/20/2020 11:40:04 AM**

| Category | Amount |
|---|---|
| **CREDIT** | |
| FARES | 31.25 |
| | **31.25** |
| **PAYMENT** | |
| PAYMENT - CASH | 31.25 |
| | **31.25** |

**Bond Bal**   225.00                                    **Save Bal**

**Signature:**   _____

# Transit Administration Center

### 3351 W. ADDISON CHICAGO IL. 60618 (773) 463-7072

## DRIVER STATEMENT OF ACCOUNT

PATRICIA A BRECKENRIDGE                                        **104779**

**Trans. ID: 5891865**                        **7/20/2020 9:11:58 AM**

| Category | Amount |
|---|---|
| **CREDIT** | |
| CREDIT CARD | 81.29 |
| FARES | 5.75 |
| | **87.04** |
| **PAYMENT** | |
| PAYMENT - CASH | 87.04 |
| | **87.04** |

**Bond Bal**   225.00                        **Save Bal**

**Signature:**    _____

# Transit Administration Center

3351 W. ADDISON CHICAGO IL. 60618 (773) 463-7072

## DRIVER STATEMENT OF ACCOUNT

**PATRICIA A BRECKENRIDGE**                                              **104779**

**Trans. ID: 5889286**                                       **6/26/2020 9:36:04 AM**

| Category | Amount |
|---|---|
| **CREDIT** | |
| CREDIT CARD | 129.31 |
| | **129.31** |
| **PAYMENT** | |
| PAYMENT - CASH | 129.31 |
| | **129.31** |

**Bond Bal   225.00**                                      Save Bal

Signature: _____

# Transit Administration Center

### 3351 W. ADDISON CHICAGO IL. 60618 (773) 463-7072

## DRIVER STATEMENT OF ACCOUNT

**PATRICIA A BRECKENRIDGE**                                                    **104779**

**Trans. ID: 5888107**                                          6/16/2020 10:15:47
AM

| Category | Amount |
|---|---|
| **CHARGE** | |
| DRIVER MISC - Meter Supply Sales | 1.00 |
| | **1.00** |
| **CREDIT** | |
| CREDIT CARD | 145.84 |
| | **145.84** |
| **PAYMENT** | |
| PAYMENT - CASH | 144.84 |
| | **144.84** |

**Bond Bal   225.00**                                    Save Bal

Signature: _____

# Transit Administration Center

3351 W. ADDISON CHICAGO IL. 60618 (773) 463-7072

## DRIVER STATEMENT OF ACCOUNT

**PATRICIA A BRECKENRIDGE**                                                      **104779**

**Trans. ID: 5887829**                                                      **6/13/2020 1:47:22 PM**

| Category | Amount |
|---|---|
| **CREDIT** | |
| CREDIT CARD | 59.70 |
| | **59.70** |
| **PAYMENT** | |
| PAYMENT - CASH | 59.70 |
| | **59.70** |

**Bond Bal   225.00**                                     **Save Bal**


**Signature:** _____

# Transit Administration Center

3351 W. ADDISON CHICAGO IL. 60618 (773) 463-7072

## DRIVER STATEMENT OF ACCOUNT

**PATRICIA A BRECKENRIDGE**                                                 **104779**

**Trans. ID: 5888541**                                          **6/19/2020 3:47:58 PM**

| Category | Amount |
|---|---|
| **CREDIT** | |
| CREDIT CARD | 127.12 |
| | **127.12** |
| **PAYMENT** | |
| PAYMENT - CASH | 127.12 |
| | **127.12** |

**Bond Bal**   225.00                              **Save Bal**

**Signature:** _____

# Transit Administration Center

### 3351 W. ADDISON CHICAGO IL. 60618 (773) 463-7072

## DRIVER STATEMENT OF ACCOUNT

**PATRICIA A BRECKENRIDGE**                                           **104779**

**Trans. ID: 5887799**                                    **6/13/2020 9:48:39 AM**

| Category | Amount |
|---|---|
| **CHARGE** | |
| DRIVER BOND | 25.00 |
| | **25.00** |
| **CREDIT** | |
| CREDIT CARD | 55.92 |
| | **55.92** |
| **PAYMENT** | |
| PAYMENT - CASH | 30.92 |
| | **30.92** |

**Bond Bal   225.00**                          **Save Bal**

**Signature:** _____

# Transit Administration Center

Document Page

### 3351 W. ADDISON CHICAGO IL. 60618 (773) 463-7072

## DRIVER STATEMENT OF ACCOUNT

PATRICIA A BRECKENRIDGE                                                **104779**

**Trans. ID: 5887600**                                        6/11/2020 11:39:32 AM

|  | Category | Amount |
|---|---|---|
| **CHARGE** | | |
| DRIVER BOND | | 25.00 |
| | | **25.00** |
| **CREDIT** | | |
| CREDIT CARD | | 109.95 |
| | | **109.95** |
| **PAYMENT** | | |
| PAYMENT - CASH | | 84.95 |
| | | **84.95** |

Bond Bal    200.00                                        Save Bal

Signature:    _____

# Transit Administration Center

### 3351 W. ADDISON CHICAGO IL. 60618 (773) 463-7072

## DRIVER STATEMENT OF ACCOUNT

**PATRICIA A BRECKENRIDGE**                                                   **104779**

**Trans. ID: 5887011**                                          **6/6/2020 11:53:10 AM**

| Category | Amount |
|---|---|
| **CHARGE** | |
| DRIVER BOND | 25.00 |
| | **25.00** |
| **CREDIT** | |
| CREDIT CARD | 147.10 |
| | **147.10** |
| **PAYMENT** | |
| PAYMENT - CASH | 122.10 |
| | **122.10** |

**Bond Bal**   150.00                              **Save Bal**

Signature:   _____

# Transit Administration Center

3351 W. ADDISON CHICAGO IL. 60618 (773) 463-7072

## DRIVER STATEMENT OF ACCOUNT

**PATRICIA A BRECKENRIDGE**                                    **104779**

**Trans. ID: 5887310**                                    **6/9/2020 1:35:39 PM**

| Category | Amount |
|---|---|
| **CHARGE** | |
| DRIVER BOND | 25.00 |
| | **25.00** |
| **CREDIT** | |
| CREDIT CARD | 72.99 |
| | **72.99** |
| **PAYMENT** | |
| PAYMENT - CASH | 47.99 |
| | **47.99** |

**Bond Bal**   175.00                      Save Bal

**Signature:**   _____

## Transit Administration Center

3351 W. ADDISON CHICAGO IL. 60618 (773) 463-7072

### DRIVER STATEMENT OF ACCOUNT

**PATRICIA A BRECKENRIDGE** . .                                     **104779**

**Trans. ID: 5886289**                                    **6/1/2020 12:08:11 PM**

| Category | Amount |
|---|---|
| **CHARGE** | |
| DRIVER BOND | 25.00 |
| | **25.00** |
| | |
| **CREDIT** | |
| CREDIT CARD | 231.37 |
| FARES | 15.00 |
| | **246.37** |
| | |
| **PAYMENT** | |
| PAYMENT - CASH | 221.37 |
| | **221.37** |

Bond Bal    100.00                          Save Bal

Signature:    _____

# Transit Administration Center

3351 W. ADDISON CHICAGO IL. 60618 (773) 463-7072

## DRIVER STATEMENT OF ACCOUNT

**PATRICIA A BRECKENRIDGE**                                    **104779**

**Trans. ID: 5886574**                            **6/3/2020 10:06:52 AM**

| Category | Amount |
|---|---|
| **CHARGE** | |
| DRIVER BOND | 25.00 |
| | **25.00** |
| **CREDIT** | |
| CREDIT CARD | 198.66 |
| | **198.66** |
| **PAYMENT** | |
| PAYMENT - CASH | 173.66 |
| | **173.66** |

Bond Bal   125.00                        Save Bal

Signature: _____

# CITY OF CHICAGO UNIFORM TAXICAB LEASE AGREEMENT
## FOR TAXICAB MEDALLION LICENSE NUMBER: | 326 | TX

**THIS DOCUMENT MUST BE KEPT IN VEHICLE AT ALL TIMES and IS NOT VALID UNLESS COMPLETED AND SIGNED.**

## 1. Lease Type (Check One Box)

☐ 12 Hour Daily Lease ☐ 12 Hour Weekly Lease* (See Below)
☐ 24 Hour Daily Lease ☒ 24 Hour Weekly Lease ☐ Medallion License Only Lease

## 2. Lease Term

**FROM** 7/20/2020 — Start Date (MM/DD/YEAR) 5:30 PM AM/PM **TO** 7/27/2020 — End Date (MM/DD/YEAR) at 5:30 PM AM/PM Time (HH:MM)

## 3. Public Chauffeur / Lessee Information

| CF# | 104779 |

PATRICIA A BRECKENRIDGE
Print First Name & Last Name

773-332-2521
Phone Number with Area Code

Lessee's Signature

7/20/2020
Date Signed (MM/DD/YYYY)

## 4. Taxicab Vehicle Information

| TOYOTA | CAMRY | 2015 | YELLOW CAB |
| Make | Model | Year | Affiliation |

Fuel Source: ☐ Gasoline ☒ Hybrid ☐ CNG ☐ Other_____ WAV: ☐ Yes ☐ No

## 5. Total Taxicab Lease Amount with GTT/Accessibility Fund and Worker's Comp Fees

| VEHICLE TIER NUMBER | 1 | TOTAL LEASE AMOUNT | $243.50 | GTT & ACCESSABILITY FEE | | LESSEE'S WORKER'S COMP. INS. | $31.50 |

## 6. Lessor Listed Below in the (Check One Box): ☐ Medallion Manager ☒ Medallion Owner

I certify that all the information on this lease is true, correct, and accurately reports the terms and conditions of the full taxicab lease agreement in compliance with the Municipal Code of Chicago and applicable rules and regulations.

13C TAXI INC
Management Company Name (If Applicable)

ZOILA M ABUKATAB
Lessor Name (Please Print)

773.552.4800
Lessor 24-Hour Phone Number with Area Code

ZOILA M ABUKATAB
Signature of Lessor

7/20/2020
Date Signed (MM/DD/YYYY)

**SEE PAGE 2 FOR LEASE RATES AND FEES INFORMATION**
**KEEP A COPY OF ALL LEASES FOR YOUR RECORDS ● REPORT LEASE OVERCHARGE COMPLAINTS TO 311**
BACPPV@cityofchicago.org ● www.cityofchicago.org/bacp

v.January.1.2016



RECEIPT

No. 827305

RECEIVED FROM Patricia Breckenridge    DATE 10/10/19    $ 600.00

FOR legal fees

FOR RENT

| ACCOUNT | 4310 | 00 |
| PAYMENT | 600 | 00 |
| BAL. DUE | 3710 | 00 |

CASH ⊘
CHECK ○
MONEY ⊗
ORDER
CREDIT ○
CARD

$500

FROM

BY

TO

DOLLARS

3-11

No $4000 agreement b
Signed for dismissal b
Cried no confirmation.

No creditors paid

*b* P lan never confirmed-negligence

# UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS. EASTERN DIVISION

RE: PATRICIA A BRECKENRIDGE ) Case No. 19 B 34818
)
Debtor ) Chapter 13
)
) Judge: JACQUELINE P COX

## NOTICE OF MOTION

PATRICIA A BRECKENRIDGE JOYNER LAW OFFICE
via Clerk's ECF noticing procedures

1418 E HYDE PARK BLVD #204
CHICAGO. IL 60615

Please take notice that on March 16, 2020 at 10:30 am my designee or I will appear before the Honorable Judge JACQUELINE P COX at 219 South Dearborn Courtroom 680, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at  55 E Monroe St., Chicago, Il 60603 or by the methods indicated on February 05. 2020.

/s/ Tom Vaughn

### TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes Tom Vaughn. Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On December 10. 2019 the Debtor filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. That the above-captioned plan has not yet been confirmed.

3. That the Debtor has caused unreasonable delay that is prejudicial to creditors by failing to:

Amend schedule I - to add income and correct income from tax refund should be $172.75 and amend plan #2.3 - for tax submit language.

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant to 11 U.S.C. § 1307 (c) (1).

Respectfully submitted
/s/ Tom Vaughn

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. Monroe Street. Suite 3850
Chicago. IL 60603
(312) 294-5900

In Re: PATRICIA A BRECKENRIDGE

1418 E HYDE PARK BLVD #204
CHICAGO, IL 60615

DATE: 12/16/19
CASE NO. 19 B 34818
CURRENT STATUS OF CASE: OPEN CASE

Our records indicate the following:

DATE FILED: 12/10/19
341 DATE: 1/13/20
FUNDS ON HAND: $0.00
CONFIRMED DATE: 01/01/1900

Through the above date, the debtor has paid the Trustee a total of $0.00.
The plan payments are $0.00 MONTHLY.

The debtor's attorney is

JOYNER LAW OFFICE
120 S STATE ST #200
CHICAGO, IL 60603

(312) 332-9001

Payments received in last 12 months:

[->        ]

The plan balances are as follows:

*[Handwritten note: Vehicle crammed down to $13,000 as automatic stay was stolen 11/18/19 by Atty]*

| CREDITOR NAME | CREDITOR TYPE | LAST DISB DATE | LAST DISB AMOUNT | DISBURSE ANNUAL | CLAIM AMOUNT | TOTAL TO BE PAID | INTEREST PAID | BALANCE OWED |
|---|---|---|---|---|---|---|---|---|
| JOYNER LAW OFFICE | ATTORNEY FEE | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| PATRICIA A BRECKENRIDGE | DEBTOR REFUND | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE CORP | SECURED VEHICLE | N/A | 0.00 | $0.00 | 13,000.00 | 13,000.00 | 0.00 | 13,000.00 |
| NISSAN MOTOR ACCEPTANCE CORP | UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 1,356.52 |
| IL DEPT OF REVENUE | PRIORITY | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| IRS | NOTICE ONLY | N/A | 0.00 | $0.00 | | 0.00 | 0.00 | 0.00 |
| AARP | UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 32.52 |
| AARP MEDICARE RX PLANS | UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 4.38 |
| AMERICASH LOANS LLC | UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 141.40 |
| GM Financial | NOTICE ONLY | N/A | 0.00 | $0.00 | | 0.00 | 0.00 | 0.00 |
| CAROLINE J SMITH & ASSOCIATES PC | NOTICE ONLY | N/A | 0.00 | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITY OF CHICAGO | UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 96.15 |
| CITY OF CHGO CHAUFFEURS LICENSE | UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 14.14 |
| COMCAST | UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 28.28 |
| COMMONWEALTH EDISON | UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 25.38 |
| CREDIT ONE BANK | UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 35.35 |
| CREDIT UNION 1 | UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 35.35 |
| GEICO CASUALTY COMPANY | UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 56.56 |
| GEICO CASUALTY COMPANY | UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 56.56 |
| IL TOLLWAY AUTHORITY | NOTICE ONLY | N/A | 0.00 | $0.00 | | 0.00 | 0.00 | 0.00 |
| PEOPLES ENERGY CREDIT UNION | UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 14.14 |
| PROGRESSIVE INSURANCE | UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 106.05 |
| T-MOBILE/T-MOBILE USA INC | UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 28.28 |
| U.S Department of Education | UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 13,708.59 |
| MCKEY & POAGUE REAL ESTATE | NOTICE ONLY | N/A | 0.00 | $0.00 | | 0.00 | 0.00 | 0.00 |
| TOM VAUGHN | TRUSTEE FEE | | | | 1640.53 | 1640.53 | | 1,640.53 |

Projected Total Due:      $30,380.18
Funds on Hand:            $0.00
Fees Already Taken:       $0.00
Unaudited Total Due:      $30,380.18

1934818

*No 84006 agreement to dismissed and no confirmation*

# Chapter 13 Plan Information

Debtor ___Patricia A. Breckenridge___      Case Number ___19__ B __34818___

Co-Debtor _____      Your Attorney __Veronica D. Joyner__

Your monthly Payments ___$___402.00_____

---

Pursuant to '1326(a)(1) of the Bankruptcy Code, your first monthly plan payment is due within thirty days of filing.    That date is **January 10, 2020.**

Failure to make your Chapter 13 payments when due can result in dismissal of your case.

  *All payments must be made by money order or cashier's check.
  *Write your **NAME** and **CASE NUMBER** on the money order or cashier's check
  **Cash is not accepted nor personal checks.**
  *Payments should be made out to Office of the Chapter 13 Trustee and mailed to the following address:

**Tom Vaughn**
**Chapter 13 Trustee**
**P.O. Box 588**
**Memphis, TN 38101-0588**

This address is a Bank Lock Box. Walk in Payments cannot be processed. Do not send payments by Express or Certified Mail.

**You can make your bankruptcy payments online by transferring funds from your bank account to the Chapter 13 Trustee. The fee for the service is $1.00 per transaction. Visit the Trustee's website at www.13network.com to setup your account.**

Tom Vaughn is the trustee in your case.

---

Payroll Deductions

If payments are being deducted from your paycheck, you are responsible for all payments until your employer actually deducts money from your wages. It usually takes 30 to 90 days for payroll deductions to begin. During that period, mail your payments to the address listed above.

If you have any questions concerning your plan payments, you may call the Trustee's office.

b   No $4000 agreement signed

# Chapter 13 Plan Information

**Debtor** _Patricia Breckenridge_

**Case** _19-34818_

**Monthly Payment $** _$402_

Pursuant to 1326(a) (1) of the Bankruptcy Code, your first payment is due within thirty days of filing your petition.

Failure to make your Chapter 13 payments may result in dismissal of your case.

*All payments must be made by **Cashier's Check** or **Money Order**.

**\*Cash and personal checks are not accepted!**
**\* Also, our office does not support Internet wire transfers!**

***Money Orders** and **Cashier's Checks** are to be made payable to:

### TOM VAUGHN, TRUSTEE

*Write your **Name and Case Number** on the **Money order** or **Cashier's check**. Please retain a copy of all receipts for payments to the Trustee for your records.

*Payments are **NEVER** to be made at our office. You must mail your **Cashier's check** or **Money order** to:

**Tom Vaughn**
**Chapter 13 Trustee**
**P.O. Box 588**
**Memphis, TN 38101-0588**

**Express or overnight payments can only be made via the United States Postal Service.**

If, at some point in your case, you receive a motion to dismiss your case for nonpayment, you need to contact your attorney and present your attorney with proof of payments made and payments to cure the default. ***Do not bring the funds to our office.***

**Payroll:**

If payments are being deducted from your paycheck, you are responsible for all payments until your employer forwards this office money withheld from your wages. It usually takes 4 to 6 weeks for payroll deductions to begin. During that period, mail your payments to the address listed above.

If you have any questions concerning your plan payments, you may call the Trustee's office at 312 294-5900.

6:23

625 ILCS 5/3-114

May 19
1:12 PM

Edit

Code, but none of the information required by this notice shall be construed to impose any requirement under Article 9 of the Uniform Commercial Code.

(2) With respect to the repossession of a vehicle used primarily for personal, family, or household purposes, the lienholder shall also deliver or mail to the owner at the owner's last known address an affidavit of defense. The affidavit of defense shall accompany the notice of redemption required in subdivision (f-5)(1) of this Section. The affidavit of defense shall (i) identify the lienholder, owner, and the vehicle; (ii) provide space for the owner to state the defense claimed by the owner; and (iii) include an acknowledgment by the owner that the owner may be liable to the lienholder for fees, charges, and costs incurred by the lienholder in establishing the insufficiency or invalidity of the owner's defense. To stop the transfer of title, the affidavit of defense must be received by the lienholder no later than 21 days after the date of mailing or delivery of the notice required in subdivision (f-5)(1) of this Section. If the lienholder receives the affidavit from the owner in a timely manner, the lienholder must apply to a court of competent jurisdiction to determine if the lienholder is entitled to possession of the vehicle.

(3) Upon selling the vehicle to another person, the lienholder need not send the certificate of title to the Secretary of State, but shall promptly and within 20 days mail or deliver to the purchaser as transferee (i) the






```
*************************************
***        Send Results        ***                    15
*************************************
          Sending is complete.

     Job No.                    2393
     Address                    9726077361
     Name
     Start Time                 12/23  05:38 PM
     Call Length                01 32
     Sheets                     9
     Result                     OK
```

*Taxed Within 21 days after 12/4/19 repossession*

# FAX

Vin# 5N1AT2MV8FC904372
Acct # 90102431195880001
2015 Nissan Rogue Z320624

To: Nissan Recovery    From: Patricia Breckenridge

Phone (800) 777-6700    Pages: 8    Licence B62668161810

FAX Phone (972) 607-7361    Date: 12/23/19

Re: Breach of the Peace    CC: NMAC Specialist

Affidavit of Defense 625 ILCS5/3-114

☒ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

Comments:

Chpt B Case # 19 B 34818  2015 Nissan Rogue Return from Repossession

13

1st  the lawyer

2nd

2nd Defense Chpt 13

4th

5th Judge Israel

Atty
par Brad Foreman, ARDC
in 4/20

*C*

*C + E*

Mailing Date: 12/10/2019

Lienholder:
NISSAN MOTOR ACCEPTANCE CORPORATION
P.O. Box 660366
Dallas Texas  75266-0366
800.777.6700

Owner(s):
Buyer:          Patricia Breckenridge
Co-Buyer:

Account Number:     90102431195880001
Year/Make/Model:    2015/NISSAN/ROGUE AWD
VIN:                5N1AT2MV8FC904372

### AFFIDAVIT OF DEFENSE  *Breach of the Peace*

I, <u>Patricia Breckenridge (Your Name)</u> hereby swear that I have a bona fide defense to the application of NISSAN MOTOR ACCEPTANCE CORPORATION for the transfer title and issuance of a new Certificate of Title to the above referenced vehicle, which was repossessed from me on 12/04/2019 (Date of Repossession).

The defense claimed is as follows: *Amt owed $31,296.22/$44,547.23 = 70%, so 30% paid.*
*According to 625 ILCS 5/3-114 owner paid 30% of contract balance*
*Owner's property was unlawfully repossessed per attached delive*
*30% paid allows owner to be notified of repossession in 3 days and*
*sue letter in 10 days that was Breach of the Peace, to be notified later an*
*illegal. Owner has Chpt 13 retrieved 19-B-34818 and proof of excessive insur*
*Owner has made payment to Trustee Tom Vaughn, next payment due February*

I further state that I realize if my defense is insufficient or invalid, I may be liable to the Lienholder for the fees, charges and costs incurred by the Lienholder in establishing the insufficiency or invalidity of the Owner's defense. *Owners belongings/mon*
*not retrieved*

*Patricia A Breckenridge*
(Signature)

*1418 E Hyde Park Blvd Apt 204*
(Address)
*Chicago, Ill 60615*
(City, State, Zip)

Notary

*Brandon Wilson*

**"OFFICIAL SEAL"**
Brandon Wilson
Notary Public, State of Illinois
My Commission Expires 8/29/2023

THIS AFFIDAVIT OF DEFENSE SHALL BE MAILED TO THE LIENHOLDER AND MUST BE RECEIVED BY THE LIENHOLDER WITHIN 21 DAYS AFTER THE MAILING DATE SHOWN ABOVE.

# Notice of Seizure and Personal Property Inventory

**Done Rite Recovery Services Inc.**
3056 E 170th St
Lansing, IL 60438

12/12/2019
**Case #:** 2078117409
**Reference #:** 187025
**Acct #:** 4179544

**Debtor**
PATRICIA BRECKENRIDGE
1418 E Hyde Park Blvd
Chicago,  IL 60615

**Lien Holder**
NISSAN LOSS RECOVERY

**Vehicle**
2015 Nissan Rogue
**VIN:** 5N1AT2MV8FC904372

**Prepared on:** 12/12/2019 at 10:43:14

The following items were recovered from the above vehicle on: 12/04/2019

I hereby certify, under penalty of perjury, that the above items were the only personal effects or personal property recovered from this vehicle.

I understand that falsification of an inventory report is grounds for suspension or revocation of a license.

Personal property can be picked up by APPOINTMENT ONLY. Please verify if any fees are due at time of pick-up. 708-418-4315.

All personal property will be disposed of AFTER  45 DAYS in storage if left unclaimed. Personal license plates left unclaimed after 45 days will be destroyed.

In some state jurisdictions, repossession agencies are required to provide you, no later than 48 hours after the recovery of collateral, with an inventory or personal effects or personal property recovered during repossession unless the 48-hour period encompasses a Saturday or Sunday, or a posted holiday, then the inventory shall be provided no later than 96 hours after the recovery of the collateral.

Damage to a vehicle while the vehicle is in the possession of the repossession agency is the responsibility of the repossession agency.

A mechanical or tire failure is not the responsibility of the repossession agency unless the failure is due to the negligence of the repossession agency.

THIS VEHICLE WAS REPOSSESSED AT THE REQUEST OF THE NISSAN LOSS RECOVERY BY Done Rite Recovery Services Inc. on 12/04/2019

Please contact the lienholder if you have any questions regarding why your vehicle was repossessed or about the process of redeeming your vehicle.

Signature of Person Taking Inventory                                   Date

## Product Tracking & Reporting

UNITED STATES
POSTAL SERVICE.

Help

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts |

December 23, 2019

### USPS Tracking Intranet Tracking Number Result

**Result for Domestic Tracking Number 9214 8901 7048 4200 0001 1435 58**

#### Destination and Origin

**Destination**

| ZIP Code | City | State |
|----------|------|-------|
| 60615 | CHICAGO | IL |

**Origin**

| ZIP Code | City | State |
|----------|------|-------|
| 75099 | COPPELL | TX |

#### Tracking Number Classification

**Class/Service**

Class/Service: First-Class Mail®
Class of Mail Code/Description: FC / First Class

**Destination Address Information**

Address: 1418 E HYDE PARK BLVD APT 204
City: CHICAGO
State: IL
5-Digit ZIP Code: 60615
4-Digit ZIP Code add on: 3051
Delivery Point Code: 54
Record Type Code: Building/Apartment
Delivery Type: Residential, Central

**Service Delivery Information**

Service Performance Date: Expected Delivery by  Saturday, 12/14/2019
PO Box: N
Other Information: Service Calculation Information

**Payment**

Weight: 0 lb(s) 0 oz(s)

Agent Information

#### Extra Services

**Extra Services Details**

| Description | Amount |
|-------------|--------|
| Certified Mail | |
| Return Receipt Electronic | |

#### Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|-------|-----------|-----------|-----------|----------|--------------|-----------|---------------|-----------|-------------------|
| DELIVERED | 01 | 12/18/2019 | 13:30 | CHICAGO, IL 60653 | Scanned | POS5250151 | | 12/18/2019 13:55:12 | View Delivery Signature and Address  Facility Finance Number: 161525  Request Delivery Record |
| IN TRANSIT TO NEXT FACILITY | NT | 12/17/2019 | 12:00 | | System Generated | | | 12/17/2019 12:14:05 | |
| | 56 | 12/17/2019 | 11:01 | | Scanned | | | | |

USPS Tracking Intranet

*(handwritten notes: "too far", "delivery are mailing", "part 625 ILOSSB-11", "19")*

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|-------|-----------|-----------|-----------|----------|-------------|-----------|--------------|-----------------------------------|-------------------|
| NO AUTHORIZED RECIPIENT AVAILABLE | | | | CHICAGO, IL 60615 | MDD 14209D84A0 (non-wireless) | Scanned by route 0615C073 | | 12/17/2019 16:09:05 | GEO Location Data Available 3849 ID: 5293060608970290 |
| IN TRANSIT TO NEXT FACILITY | NT | 12/16/2019 | 12:00 | | System Generated | | | 12/16/2019 12:17:05 | |
| IN TRANSIT TO NEXT FACILITY | NT | 12/15/2019 | 12:00 | | System Generated | | | 12/15/2019 12:13:04 | |
| IN TRANSIT TO NEXT FACILITY | NT | 12/14/2019 | 12:00 | | System Generated | | | 12/14/2019 12:15:05 | |
| ENROUTE/PROCESSED | 10 | 12/13/2019 | 17:00 | CHICAGO, IL 60607 | Scanned | DBCS-372- | Destined to route 60615305154 | 12/13/2019 17:08:03 | |
| ENROUTE/PROCESSED | 10 | 12/13/2019 | 08:29 | CHICAGO, IL 60607 | Scanned | DBCS-369- | Destined to route 60615305154 | 12/13/2019 08:33:07 | |
| IN TRANSIT TO NEXT FACILITY | NT | 12/12/2019 | 12:01 | | System Generated | | | 12/12/2019 12:13:03 | |
| ENROUTE/PROCESSED | 10 | 12/11/2019 | 00:01 | COPPELL, TX 75099 | Scanned | DIOSS-009- | Destined to route C073 | 12/11/2019 00:05:06 | |
| ACCEPTED AT USPS FACILITY | UA | 12/10/2019 | 23:01 | COPPELL, TX 75099 | System Generated | | | 12/11/2019 00:08:06 | |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search    [Submit]

Product Tracking & Reporting, All Rights Reserved
Version: 20.1.1.0.5



3056 E. 170th Street
Lansing, Illinois 60438

7019 1120 0000 0950 4735

## NOTIFICATION TO DEBTOR

Date of Notice:     Dec 12, 2019

Date of Repossession:     Dec 4, 2019

| Identity of Debtor | |
|---|---|
| Name of Debtor:<br>PATRICIA BRECKENRIDGE | |
| Street Address:<br>1418 E HYDE PARK BLVD | |
| City:<br>CHICAGO IL 60615 | Phone Number: |

| Description of Collateral Repossessed |
|---|
| 2015 NISSAN ROGUE, VIN #5N1AT2MV8FC904372 |

| Identity of Repossession Agency | |
|---|---|
| Full Legal Name or Authorized Trade Name of Repossession Agency:<br>DONE RITE RECOVERY SERVICES | Repossession Agency License Number:<br>124368R |

| Location of Whereabouts of Debtor's Personal Effects or Property | | | |
|---|---|---|---|
| Street Address:<br>3056 E 170TH ST | | | |
| City:<br>LANSING | State:<br>IL | Zip Code:<br>60438 | Phone Number:<br>708-418-4315 |
| Hours of Operation:<br>MON-FRI 12:00 PM TO 4:30 PM | | | |

The purpose of this notice is to notify you as the Debtor that you, the Debtor, or your lawful designee, may appear to retrieve your personal effects or other property not covered by a security agreement contained in or on the repossessed collateral at the location listed above. The licensed repossession agency shall surrender said property to you, the Debtor, or your lawful designee, upon payment of any reasonably incurred expenses for inventory and storage. This notice does **NOT** serve as a notice to dispose of the personal property and effects not covered by a security agreement contained in or on the repossessed collateral.

| Verification | | |
|---|---|---|
| The undersigned certifies that all information presented in this notification is true, correct and complete and that copies of any documents attached as part of this notification are genuine. | | |
| Name of Recovery Manager:<br>STEPHEN MORANDI | Signature of Recovery Manager: | Recovery Manager License Number:<br>184777MR |

CRA-17 (Revised July 20, 2012)

SIMPLE INTEREST RETAIL INSTALLMENT CONTRACT – WITH ARBITRATION CLAUSE – ILLINOIS

Patricia Breckenridge

| | | | MODEL | | | ID NUMBER |
|---|---|---|---|---|---|---|
| USED | MAKE TRADE NAME | CYL. | BODY STYLE | ODOM TER READING | | KEY CODE |

☐ SUN ROOF  ☐ ALARM  ☐ STEREO  ☐ CD PLAYER  ☐ BUMPER  ☐ LEATHER INTERIOR  COLOR

USE FOR WHICH PURCHASED: ☐ PERSONAL, FAMILY, HOUSEHOLD or AGRICULTURE  ☐ BUSINESS OR COMMERCIAL  ☐ PROFESSIONAL

## STATEMENT OF INSURANCE

have the option to obtain the required coverages, and any optional coverages you desire, from a person of your choice and through any insurance company authorized to transact business in Illinois, or through financing policies owned or controlled by you.

### VEHICLE INSURANCE

**Required Coverages**
You are required to maintain insurance on the vehicle for at least collision ($N/A deductible) and comprehensive ($N/A deductible), or equivalent coverages, until you pay off this contract. If you elect to obtain the required coverages from Seller, the coverages are taken by ____ N/A ____ (name of company) and the premium and term are as follows:

| Coverage: | Deductible | Term | Premium |
|---|---|---|---|
| Collision | N/A | N/A mos. | $ N/A |
| Comprehensive | N/A | N/A mos. | $ N/A |

**Optional Coverages**
These coverages are optional and are not required by Seller. If obtained through Seller, the premium and term are as follows:

| Liability Coverage: | Limits | Term | Premium |
|---|---|---|---|
| Bodily Injury | $ N/A | N/A mos. | $ N/A |
| Property Damage | $ N/A | N/A mos. | $ N/A |

See policy or certificate of insurance for description of terms, conditions and deductible.

TOTAL VEHICLE INSURANCE PREMIUMS: $ 11G'

LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED IN THIS CONTRACT UNLESS CHARGES FOR IT ARE SHOWN ABOVE. BY SIGNING THIS CONTRACT WITH THE ABOVE VEHICLE INSURANCE PREMIUMS IN IT, YOU VOLUNTARILY ELECT TO INCLUDE THOSE PREMIUMS IN THE AMOUNT FINANCED.

### CREDIT INSURANCE

Credit Life Insurance and Credit Disability Insurance are not required to obtain credit and will not be provided unless you sign and agree to pay the cost. If you purchase Credit Life Insurance, it will pay the balance that would be owing if all payments as originally scheduled have been timely made upon the death of the named insured and the cause of death is not excluded, to a maximum of $ N/A . If you purchase Credit Disability Insurance, it will pay the payments as originally scheduled up to a maximum of $ N/A per month while the named insured is disabled as defined in the policy, subject to a minimum disability period and up to a maximum amount of $ N/A . Policies or certificates issued by the company will more fully describe all terms and conditions. These coverages are available from ____ (name of company) at ____ (home address) for the term shown below. You want

| | Term | Premium |
|---|---|---|

## DISCLOSURES PURSUANT TO TRUTH-IN-LENDING ACT

| **ANNUAL PERCENTAGE RATE** (The cost of your credit as a yearly rate.) | 9.85 % |
|---|---|
| **FINANCE CHARGE** (The dollar amount the credit will cost you.) | $ |
| **Amount Financed** (The amount of credit provided to you or on your behalf.) | $ |
| **Total of Payments** (The amount you will have paid after you have made all payments as scheduled.) | $ |
| **Total Sale Price** (The total price of your purchase on credit, including your downpayment on $ ) | $ |

**Payment Schedule.** Your payment schedule will be:

| NUMBER OF PAYMENTS | AMOUNT OF EACH PAYMENT | PAYMENTS ARE DUE |
|---|---|---|
| One Payment of | $ N/A | On N/A |
| Payments of | $ | Monthly, Beginning |
| Payments of | $ N/A | Monthly, Beginning |
| One Final Payment of | $ | On |

**SECURITY INTEREST:** You are giving a security interest in the vehicle being purchased.
**LATE CHARGE:** If payment is more than 10 days late, you will be charged 5% of the installment on installments in excess of $200, or $10 on installments of $200 or less.
**PREPAYMENT:** If you pay off in full early, you will not have to pay a penalty.
See the reverse side of this contract for additional provisions about nonpayment, default, any required repayment in full before the scheduled date and security interests.

### ITEMIZATION OF THE AMOUNT FINANCED

| | | |
|---|---|---|
| 1 Vehicle (Incl. Acc.) | $ | (1) |
| 2. | $ | (2) |
| 3. | $ | (3) |
| 4. SERVICE CONTRACT | $ | (4) |
| 5. | $ | (5) |
| 6. | $ | (6) |
| 7. DOCUMENTARY FEE. A DOCUMENTARY FEE IS NOT AN OFFICIAL FEE. A DOCUMENTARY FEE IS NOT REQUIRED BY LAW, BUT MAY BE CHARGED TO BUYERS FOR HANDLING DOCUMENTS AND PERFORMING SERVICES RELATED TO CLOSING OF A SALE. THE BASE DOCUMENTARY FEE BEGINNING JANUARY 1, 2012, WAS $161.38. THE MAXIMUM THAT MAY BE CHARGED FOR A DOCUMENTARY FEE IS THE BASE DOCUMENTARY FEE OF $161.38 WHICH SHALL BE SUBJECT TO AN ANNUAL RATE ADJUSTMENT EQUAL TO THE PERCENTAGE CHANGE IN THE BUREAU OF LABOR STATISTICS CONSUMER PRICE INDEX. THIS NOTICE IS REQUIRED BY LAW. | $ | (7) |
| 8. Subtotal (1+2+3+4+5+6+7) | $ | |
| 9 Downpayment | | |
| A Trade-in (Gross Value) | $ N/A | (A) |
| B. Less Trade-in Payoff paid to N/A | $ N/A | (B) |
| C. Net trade-in allowance (A-B) | $ N/A | (C) |
| D. Cash Downpayment at Closing | $ | (D) |
| E. Rebate type (if any) | $ N/A | (E) |
| F. Deferred Downpayment Due | $ | (G) |

| Coverage: | Deductible | Term | Premium |
|---|---|---|---|
| Collision | $ | ____ mos. | $ ____ |
| Comprehensive | $ | ____ mos. | $ ____ |

**Optional Coverages**
These coverages are optional and are not required by Seller. If obtained through Seller the premium and term are as follows.

| Liability Coverage | Limits | Term | Premium |
|---|---|---|---|
| Bodily Injury | $ | ____ mos. | $ ____ |
| Property Damage | $ | ____ mos. | $ ____ |

See policy or certificate of insurance for description of terms and claims and deductible

**TOTAL VEHICLE INSURANCE PREMIUMS.** $ _____ 11G**

**LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED IN THIS CONTRACT UNLESS CHARGES FOR IT ARE SHOWN ABOVE. BY SIGNING THIS CONTRACT WITH THE ABOVE VEHICLE INSURANCE PREMIUMS IN IT, YOU VOLUNTARILY ELECT TO INCLUDE THOSE PREMIUMS IN THE AMOUNT FINANCED.**

## CREDIT INSURANCE

Credit Life Insurance and Credit Disability Insurance are not required to obtain credit and will not be provided unless you sign and agree to pay the extra cost. If you purchase Credit Life Insurance it will pay the balance that would be owing if all payments as originally scheduled have been timely made if the death of the named insured and the value of death is not excluded to a maximum of $ _____. If you purchase Credit Disability Insurance it will pay the payments as originally scheduled up to a maximum of $ _____ per month while the named insured is disabled as defined in the policy subject to the maximum disability period and up to a maximum amount of $ _____. The policies or certificates issued by the company will more fully describe all the terms and conditions. These coverages are available from _____ (name of company) at _____ (home address) for the premium shown below. You want:

| Type of Coverage | Term | Premium |
|---|---|---|
| ☐ Credit Life (Buyer only) | ____ mos. | $ ____ |
| ☐ Joint Credit Life (Buyer and Co-Buyer) | ____ mos. | $ ____ |
| ☐ Credit Disability (Buyer only) | ____ mos. | $ ____ |
| ☐ Credit Disability (Buyer and Co-Buyer) | ____ mos. | $ ____ |

**TOTAL CREDIT INSURANCE PREMIUMS.** $ _____ 11H**

## OTHER OPTIONAL INSURANCE

Other optional insurance is not required to obtain credit. Your decision to buy other optional insurance will not be a factor in the credit approval. If this is provided unless you sign and agree to pay the extra cost.

| Type of Coverage | Term | Premium |
|---|---|---|
| _____ | ____ mos. | $ ____ |

Policyholder Name _____

| Type of Coverage | Term | Premium |
|---|---|---|
| _____ | ____ mos. | $ ____ |

Policyholder Name _____

**TOTAL OTHER OPTIONAL INSURANCE PREMIUMS.** $ _____ 11I**
If you want the credit and or other optional insurance checked above. We will add for this insurance on your behalf.

X _____
SIGNATURE

**NOTICE OF POSSIBLE REFUND OF CREDIT LIFE OR DISABILITY INSURANCE PREMIUM**
IF YOU HAVE PURCHASED EITHER CREDIT LIFE OR DISABILITY INSURANCE BOTH TO GUARANTEE PAYMENTS BEING MADE IN CASE OF YOUR DEATH OR DISABILITY ON YOUR VEHICLE PURCHASED UNDER AN INSTALLMENT SALES CONTRACT, YOU MAY BE ENTITLED TO A PARTIAL REFUND OF YOUR PREMIUM IF YOU PAY OFF YOUR INSTALLMENT LOAN EARLY. IF YOU DO PREPAY OR COMPLETE PAYMENT OF YOUR LOAN EARLY CONTACT THE SELLER OF YOUR CREDIT LIFE OR CREDIT DISABILITY INSURANCE. IF A REFUND IS DUE IF YOUR VEHICLE DEALER FINANCED THE SALE, THE SELLER OF YOUR CREDIT LIFE OR CREDIT DISABILITY INSURANCE IS YOUR VEHICLE DEALER.

## GUARANTEED AUTO PROTECTION ("GAP") AGREEMENT (OPTIONAL)
A GAP Agreement or debt cancellation agreement is not required to obtain credit and will not be provided unless you sign and agree to pay the cost indicated below. A GAP Agreement is between ...

---

**Payment Schedule.** Your payment schedule will be

| NUMBER OF PAYMENTS | AMOUNT OF EACH PAYMENT | PAYMENTS ARE DUE |
|---|---|---|
| One Payment of $ | | |
| ____ Payments of $ | | Monthly, Beginning |
| ____ Payments of $ | | Monthly, Beginning |
| One Final Payment of $ | | |

**SECURITY INTEREST:** You are giving a security interest in the vehicle being purchased.
**LATE CHARGE:** If payment is more than 10 days late, you will be charged 5% of the installments in excess of $200 or $10 on installments of $200 or less.
**PREPAYMENT:** If you pay off in full early you will not have to pay a penalty.
See the reverse side of this contract for additional provisions about nonpayment, or required repayment in full before the scheduled date and security interest.

## ITEMIZATION OF THE AMOUNT FINANCED

| | | |
|---|---|---|
| 1 | Vehicle (Incl. Acc.) | $ ____ |
| 2 | _____ | $ ____ |
| 3 | _____ | $ ____ |
| 4 | _____ | $ ____ |
| 5 | _____ | $ ____ |
| 6 | _____ | $ ____ |
| 7 | | $ ____ |

7 **DOCUMENTARY FEE.** A DOCUMENTARY FEE IS NOT AN OFFICIAL FEE. A DOCUMENTARY FEE IS NOT REQUIRED BY LAW, BUT MAY BE CHARGED TO BUYERS FOR HANDLING DOCUMENTS AND PERFORMING SERVICES RELATED TO CLOSING OF A SALE. THE BASE DOCUMENTARY FEE BEGINNING JANUARY 1, 2012, IS THE MAXIMUM AMOUNT THAT MAY BE CHARGED FOR A DOCUMENTARY FEE IS THE BASE DOCUMENTARY FEE OF $161.36 WHICH SHALL BE SUBJECT TO AN ANNUAL RATE ADJUSTMENT EQUAL TO THE PERCENTAGE CHANGE IN THE BUREAU OF LABOR STATISTICS CONSUMER PRICE INDEX. THIS NOTICE IS REQUIRED.

| | | |
|---|---|---|
| 8 | Subtotal (1+2+3+4+5+6+7) | $ ____ |
| 9 | Downpayment | $ ____ |
| A | Trade-in (Gross Value) | |
| B | Less Trade-in Payoff paid to _____ | |
| C | Net trade-in Allowance (A-B) | $ ____ |
| D | Cash Downpayment at Closing | $ ____ |
| E | Rebate type (if any) | $ ____ |
| F | Deferred Downpayment Due | $ ____ |
| G | Total Cash Downpayment (D+E+F) | $ ____ |
| | Total Downpayment (C+G) | $ ____ |
| 10 | Unpaid Balance of Cash Price Owed to Seller for Above Goods and Services (8-9) | $ ____ |

11 Amounts paid to others on your behalf:

| | | |
|---|---|---|
| | Paid to Public Officials | |
| A | License | |
| B | Registration | $ ____ |
| C | Certificate of Title | $ ____ |
| D | Sales Tax | $ ____ |
| E | Other Taxes | $ ____ |
| F | _____ | $ ____ |
| | Paid to Ins. Cos. per Statement of Ins. (Seller may retain or receive a portion of) | |
| G | *Total Vehicle Insurance | $ ____ |
| H | **Total Credit Insurance | $ ____ |
| I | †Total Other Optional Insurance | $ ____ |
| J | _____ | $ ____ |

Other (Seller may retain or receive a portion of these amounts)

| | | |
|---|---|---|
| K | Paid to _____ for _____ | $ ____ |
| L | Paid to _____ for _____ | $ ____ |
| M | Paid to _____ for _____ | $ ____ |
| N | Paid to _____ for _____ | $ ____ |
| O | Paid to _____ for _____ | $ ____ |

| | | |
|---|---|---|
| | Total Other Charges (11A+B+C+D+E+F+G+H+I+J+K+L+M+N+O) | $ ____ |
| 12 | Unpaid Balance/AMOUNT FINANCED (10+11) | $ ____ |
| 13 | FINANCE CHARGE | $ ____ |
| 14 | DEFERRED PAYMENT PRICE (8+11+13) | $ ____ |

## SERVICE, MAINTENANCE AND RELATED AGREEMENT
No service contract or maintenance contract is required to purchase or obtain financing. These are optional which are fully detailed in the contracts or certificates describing their terms. Before signing the contract, if you elect either of these items ...

**OTHER OPTIONAL INSURANCE**

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

☐ _____  _____ mos.  Premium
  Type of Coverage        Term        N/A
Provider Name: _____
Address: _____

☐ _____  _____ mos.  Premium
  Type of Coverage        Term        N/A
Provider Name: _____
Address: _____

**TOTAL OTHER OPTIONAL INSURANCE PREMIUMS :** $_____ 11ft
You want the credit and/or other optional insurance checked above. We will apply for this insurance on your behalf

SIGNATURE _____  SIGNATURE N/

**NOTICE OF POSSIBLE REFUND OF CREDIT LIFE OR DISABILITY INSURANCE PREMIUM**
(1) IF YOU HAVE PURCHASED EITHER CREDIT LIFE OR DISABILITY INSURANCE, OR BOTH, TO GUARANTEE PAYMENTS BEING MADE IN CASE OF YOUR DEATH OR DISABILITY ON YOUR VEHICLE PURCHASED UNDER AN INSTALLMENT SALES CONTRACT, YOU MAY BE ENTITLED TO A PARTIAL REFUND OF YOUR PREMIUM IF YOU PAY OFF YOUR INSTALLMENT LOAN EARLY.
(2) IN CASE OF EARLY COMPLETE PAYMENT OF YOUR LOAN YOU SHOULD CONTACT THE SELLER OF YOUR CREDIT LIFE OR CREDIT DISABILITY INSURANCE TO SEE IF A REFUND IS DUE. IF YOUR VEHICLE DEALER FINANCED YOUR LOAN, THE SELLER OF YOUR CREDIT LIFE OR CREDIT DISABILITY INSURANCE IS YOUR VEHICLE DEALER.

**GUARANTEED AUTO PROTECTION ("GAP") AGREEMENT (OPTIONAL)**
This GAP Agreement, or debt cancellation agreement, is not required to obtain credit and will not be provided unless you sign and agree to pay the cost indicated below.
This GAP Agreement is available from _____ (name of provider) of _____ (provider's address) for the amount shown below. The contract or certificate issued by the provider will more fully describe all the terms and conditions of this GAP Agreement.
Term _____ months   Cost $_____
Buyer and Co-Buyer want this GAP Agreement.

_____  _____
Buyer                Co-Buyer

**SignatureDIRECTPAY AUTHORIZATION AGREEMENT (Not required. Please complete and sign if you want this option.)**
You agree to let us debit the payments shown in this contract from your account electronically when they are due. The payments will be debited from the Bank or other financial institution listed below. You also agree to let your Bank honor the debit requests. You agree to continue to make your payments until you are notified by us that the debit payment process is engaged. This agreement will be in effect until all the payments have been made. For your last payment, we will provide you with prior notice and explanation of the accrued charges before we debit your account for this payment. You can stop the debits at any time by giving us written notice to cancel that allows a reasonable period of time for us to act. You agree that we will not send you paper monthly billing statements. You will be able to view your monthly billing statement electronically by logging in and registering at www.nissanfinance.com. You agree to provide us a voided check that has the Bank name, branch address and account number so we can arrange the debits.

SIGNATURE DATE (BUYER OR CO-BUYER)   SIGNATURE (BANK ACCOUNT OWNER IF CO-OWNER IS DIFFERENT THAN BUYER OR CO-BUYER)   BANK NAME

---

B. Registration ........................... $_____ (B)
C. Certificate of Title .................... $_____ (C)
D. Sales Tax ............................. $_____ (D)
E. Other Taxes .......................... $_____ (E)
Paid to, Cost per Statement of Ins. (Seller may retain or receive a portion of these amounts):
G. Total Vehicle Insurance ............... $_____ N/A (G)
H. Total Credit Insurance ................ $_____ N/A (H)
I. Total Other Optional Insurance ........ $_____ (I)
J. ...................................... $_____ (J)
Other (Seller may retain or receive a portion of these amounts):
K. Paid to _____ for _____ $_____ (K)
L. Paid to _____ for _____ $_____ N/A (L)
M. Paid to _____ for _____ $_____ N/A (M)
N. Paid to _____ for _____ $_____ N/A (N)
O. Paid to _____ for _____ $_____ N/A (O)

Total Other Charges (11A+B+C+D+E+F+G+H+I+J+K+L+M+N+O) .. $_____
12. Unpaid Balance/AMOUNT FINANCED (10+11) ............... $_____
13. FINANCE CHARGE ....................................... $_____
14. DEFERRED PAYMENT PRICE (8+11+13) ..................... $_____

**SERVICE, MAINTENANCE AND RELATED AGREEMENTS**
No service contract or maintenance contract is required to purchase or obtain financing for a motor vehicle. These are options which are fully detailed in the contracts or certificates describing them. Please read those documents before signing this contract. If you elect either of these items by signing below, the cost is included in the Amount Financed under this contract. Seller may retain or receive a portion of these amounts.
1. _____ $_____ Deductible; Term ___ mos.; Cost $____
2. _____ $_____ Deductible; Term ___ mos.; Cost $____
3. _____ $_____ Deductible; Term ___ mos.; Cost $____
4. _____ $_____ Deductible; Term ___ mos.; Cost $____
5. _____ $_____ Deductible; Term ___ mos.; Cost $____
Buyer and Co-Buyer want: 1. ___ 2. ___ 3. ___ 4. ___ 5. ___

_____  _____
Buyer                Co-Buyer

---

**SEE OTHER SIDE FOR ADDITIONAL TERMS AND CONDITIONS, INCLUDING DISCLAIMER OF WARRANTIES, WHICH ARE A PART OF THIS CONTRACT.**

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Clause in this contract, you or we may elect to resolve disputes by neutral, binding arbitration and not by a court action. READ THE ARBITRATION CLAUSE ON THE REVERSE SIDE BEFORE SIGNING HERE.

Buyer signature: _____   Co-Buyer signature: _____

**The Annual Percentage Rate May Be Negotiable With The Dealer.**

NOTICE TO THE BUYER - 1. DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. 2. YOU ARE ENTITLED TO AN EXACT COPY OF THE AGREEMENT YOU SIGN. 3. UNDER THE LAW YOU HAVE THE RIGHT, AMONG OTHERS, TO PAY IN ADVANCE THE FULL AMOUNT DUE AND UNDER CERTAIN CONDITIONS MAY SAVE A PORTION OF THE FINANCE CHARGE. KEEP THIS CONTRACT TO PROTECT YOUR LEGAL RIGHTS. UNLESS CHARGES FOR LIABILITY INSURANCE ARE REFLECTED UNDER "OPTIONAL COVERAGES" IN THE "STATEMENT OF INSURANCE" AND IN LINE 11G UNDER "ITEMIZATION OF AMOUNT FINANCED", THE FOLLOWING STATEMENT APPLIES:

# NO PUBLIC LIABILITY INSURANCE ISSUED WITH THIS TRANSACTION

BUYER ACKNOWLEDGES RECEIPT OF A FULLY COMPLETED COPY OF THIS RETAIL INSTALLMENT CONTRACT WITH NO BLANK SPACES.

## RETAIL INSTALLMENT CONTRACT

Buyer sign here _____   Co-Buyer sign here _____
Address _____          Address _____
_____ Zip _____ Phone _____   _____ Zip _____ Phone _____
Seller's Name _____     Seller's Address _____
                                       By _____ Title _____



STATE & ADAMS

0001    8890421    0021

Pay

**Five Hundred and 00/100 Dollars**

To The    TOM VAUGHN TRUSTEE
Order Of    NOV 18TH COURT DATE PAST DUE PAYMENT

BANK OF AMERICA 500.00 FIVE ZERO ZERO ZERO CTS CTS

Remitter (Purchased By):    PATRICIA BRECKENRIDGE

Bank of America, N.A.
SAN ANTONIO, TX

**STAR NORTH MANAGEMENT, LLC**
4536 N. ELSTON AVE.
CHICAGO, IL 60630

NORTH SHORE COMMUNITY BANK & TRUST CO.     283981
76-2544/719

3/5/2020

TO THE
ER OF     Tom Vaughn Chapter 13                              $ **402.00

Four Hundred Two and 00/100********************************************************************** DOLLARS

Tom Vaughn Chapter 13
Trustee
PO Box 588
Memphis TN 38101-0588

MEMO                                    VALID VALID
                                        VALID VALID
                                        VALID VALID
                                        VALID VALID
Case # 19B34818, Driver 104779          AUTHORIZED SIGNATURE

⑈283981⑈ ⑆071925444⑇ ⑈380528302⑈

---

STAR NORTH MANAGEMENT, LLC                                    283981

Tom Vaughn Chapter 13
40250 · Driver CC Daily Settlements     Driver 104779       3/5/2020

                                                             402.00
                                        *Patricia Breckenridge*

Wintrust #3023      Case # 19B34818, Driver 104779                      402.00

STAR NORTH MANAGEMENT, LLC                                    283981

Tom Vaughn Chapter 13
40250 · Driver CC Daily Settlements     Driver 104779       3/5/2020

                                                             402.00
                                        *Patricia Breckenridge*

Wintrust #3023      Case # 19B34818, Driver 104779                      402.00

3:10



🔒 ndc.org

 NATIONAL **DATA** CENTER


MENU

# Case Number: 1934818



TRUSTEE: Tom Vaughn (Chicago, IL)

NDC CASE STATUS:      DISMISSED

| Data Last Updated | **Jul 19, 2020** |
|---|---|
| Total Paid into Plan | **$1,206.00** |
| Petition Filed on | **Dec 10, 2019** |

## RECENT PAYMENTS

03/11/2020

EMPLOYER PAYROLL
DEDUCTION CHECK

$402.00

02/19/2020



38



# Re: Refund of Chapter 13 payments

June 4, 2020



Mark Wheeler
Bankruptcy Attorney
US Bankruptcy Court
Northern District of Illinois
219 S. Dearborn
Chicago, IL  60604

Dear Atty Mark Wheeler,

Joanne of Legal Aid gave me your email and said that you would refund my Chapter 13 payments and attorney fees as the Judge didn't confirm  or continue my 19 B 34818 case.  Please return my payments and attorney fees ASAP.

Please send information on how to rebuild my credit and have the bankruptcy taken off my credit report.

Please send Trustee approval or documentation of payments and attorney fees or contingency fees being returned to me.

Thank you for your time with this matter.

Sincerely,
Patricia Breckenridge
19 B 34818

Sent from Yahoo Mail for iPhone


Trash


Archive


Move


Reply


More

9

## Re: Refund of Chapter 13 payments

On Jul 4, 2020, at 4:10 AM, Patricia Breckenridge <patriciabreckenridge@yahoo.com> wrote:

Atty Wheeler please inform me of when my payments will be returned.  I can't afford to pay creditors after dismissal.

Sent from Yahoo Mail for iPhone

On Friday, June 5, 2020, 5:09 PM, Mark Wheeler <MWheeler@tvch13.net> wrote:

Ms. Brekenridge – You case is handle the same as every other case we administer as follows:

Once your case is **dismissed** (Your case has not been dismissed it has simply been **DENIED** plan confirmation on June 1, 2020) then all monies we are **holding** will be returned to you on our next regularly scheduled disbursement date following the date of dismissal.   We disburse on the last business day of each month.  Right now you paid in a total of $1206.00 and $440.13 of that was properly disbursed to the secured creditors pursuant to your plan.  The balance would be returned on the next disbursement day following dismissal, which has NOT occurred yet.  **No attorney fees have been awarded yet but Ms. Joyner has a fee petition that was pending so I would follow that closely if you object to any fees being awarded.**  I will ask my assistant to

Nissan
creditor
payment
tampered
with on my
NDC acct.
National
Data Center

   



**3:16**

<

## Re: Refund of Chapter 13 payments



**Mark Wheeler**
To Patricia Breckenridge
Jul 4 at 7:46 AM

Ms. Breckenridge - Please see the portion I have highlighted below. There was an order allowing Ms. Joyner attorney fees of $3,710.00 on June 29, 2020. ***The problem is you aren't reading things.*** You won't be getting fees back as we are required to pay that fee order. Thanks, Mark

Mark S. Wheeler, Esq.
Senior Staff Attorney
Tom Vaughn, Trustee
55 East Monroe Street, Suite 3850
Chicago, Illinois 60603
P 312-542-0112
E. mwheeler@tvch13.net

View more


**Trash**


**Archive**


**Move**


**Reply**


**More**